IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ARDELYX, INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No.: 1:24-cv-12302-LTS<br><br>(Consolidated) |

## JOINT STIPULATION AND [PROPOSED] ORDER
## STAYING CONSOLIDATED DERIVATIVE ACTION

WHEREAS, on September 6, 2024, plaintiff Ian Mofrad filed the above-captioned shareholder derivative action (the "Action") purportedly on behalf of nominal defendant Ardelyx, Inc. ("Ardelyx" or the "Company") in this Court alleging claims for breach of fiduciary duties, aiding and abetting breach of fiduciary duties, unjust enrichment, waste of corporate assets, and violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") against Defendants Michael Raab, David Mott, Robert Bazemore, William A. Bertrand, Jr., Muna Bhanji, Onaiza Cadoret-Manier, Richard Rodgers, and Justin Renz (the "Individual Defendants") (Action, Dkt. 1);

WHEREAS, on September 13, 2024, plaintiffs Felicia Marti and Guillermo Marti (together with Ian Mofrad, "Plaintiffs") filed a shareholder derivative action captioned *Marti v. Raab, et al.*, Case No. 1:24-cv-12364 (D. Mass.) (the "*Marti* Action"), purportedly on behalf of Ardelyx in this Court alleging breach of fiduciary duties, gross mismanagement, waste of corporate assets, unjust enrichment, and violations of Section 14(a) of the Exchange Act against Jan Lundberg (together with the Individual Defendants and Ardelyx, "Defendants") and the Individual Defendants, and

against Defendants Raab and Renz for contribution under Sections 10(b) and 21D of the Exchange Act (the "*Marti* Action" and, together with the Action, the "Derivative Actions") (*Marti* Action, Dkt. 1);

WHEREAS, on September 25, 2024, the Court: (1) consolidated the Derivative Actions into the above-captioned Action, styled *In re Ardelyx, Inc. Stockholder Derivative Litigation*, Consolidated Case No. 1:24-cv-12302-LTS, and (2) appointed The Brown Law Firm, P.C. and Rigrodsky Law, P.A. as Co-Lead Counsel for plaintiffs in the Action (Dkt. 6);

WHEREAS, on August 16, 2024, a securities class action captioned *Yarborough v. Ardelyx, Inc.,* et al., Case No. 1:24-cv-12119-LTS, was filed in the United States District Court for the District of Massachusetts, which alleges violations of federal securities laws by Ardelyx and Defendants Michael Raab and Justin Lenz based on factual allegations substantially the same as those in the Derivative Actions (the "Securities Action");

WHEREAS, defendants in the Securities Action anticipate filing a motion to dismiss following the appointment of lead plaintiff and the filing of an amended complaint in the Securities Action;

WHEREAS, although Plaintiffs contend that the Derivative Actions have merit independent of and are not dependent on the outcome of the Securities Action, the parties to the Derivative Actions (the "Parties") agree that the resolution of the anticipated motion(s) to dismiss in the Securities Action may help inform the manner in which the Derivative Actions proceed;

WHEREAS, in an effort to proceed in the most efficient manner, the Parties agree that the Derivative Actions should be temporarily stayed until the resolution of any and all motion(s) to dismiss in the Securities Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record and subject to approval of the Court, as follows:

1. The Derivative Actions, including all deadlines and hearings, are hereby stayed until any and all motion(s) to dismiss in the Securities Action have been finally and fully resolved, including that any appeals have been concluded or the time for seeking appellate review has passed with no further action from the parties to the Securities Action.

2. Notwithstanding the stay of the Derivate Actions, Plaintiffs may file an amended complaint during the pendency of the stay. Defendants shall not be obligated to respond to the current complaint or any subsequent complaint while the Derivative Actions are stayed, and Defendants reserve all rights with respect to the respective complaints and any subsequent complaint in the Derivative Actions.

3. The Parties have the option to terminate this stay if (a) any related derivative action is not stayed for the same or longer duration and under similar terms; or (b) a settlement of the Securities Action is finally entered by the Court by giving twenty-one (21) days' notice in writing via email to the undersigned counsel for the Parties.

4. In the event this stipulated stay of proceedings is lifted, the Parties shall meet and confer, and within fourteen (14) days after the stay is lifted submit a proposed scheduling order to the Court for approval.

5. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein. Defendants preserve all rights, objections, arguments, and defenses, including but not limited to *forum non conveniens*, improper venue, jurisdiction, and any defenses under Federal Rules of Civil Procedure 12(b) and

23.1, as well as any and all other procedural or substantive challenges to the Action or the complaints filed in the Action.

| | |
|---|---|
| Dated: November 6, 2024 | Respectfully submitted, |
| /s/ John Coyle | /s/ Shlomo Fellig |
| John Coyle IV (BBO #714121) | Shlomo Fellig (BBO# 699643) |
| Timothy Brown | LATHAM & WATKINS LLP |
| THE BROWN LAW FIRM, P.C. | 200 Clarendon Street |
| 767 Third Avenue, Suite 2501 | Boston, MA 02116 |
| New York, NY 10017 | Telephone: (617) 948-6000 |
| Telephone: (516) 922-5427 | Facsimile: (617) 948-6001 |
| Facsimile: (516) 344-6204 | shlomo.fellig@lw.com |
| Email: jcoyle@thebrownlawfirm.net | |
| Email: tbrown@thebrownlawfirm.net | Melanie M. Blunschi (*pro hac vice* forthcoming) |
| | Daniel R. Gherardi (*pro hac vice* forthcoming) |
| *Co-Lead Counsel for Plaintiffs* | LATHAM & WATKINS LLP |
| | 505 Montgomery Street, Suite 2000 |
| Mitchell J. Matorin (BBO #649304) | San Francisco, California 9411 |
| MATORIN LAW OFFICE, LLC | Telephone: (415) 391-0600 |
| 18 Grove Street, Suite 5 | Facsimile: (415) 395-8095 |
| Wellesley, MA 02482 | melanie.blunschi@lw.com |
| Telephone: (781) 453-0100 | daniel.gherardi@lw.com |
| Email: mmatorin@matorinlawoffice.com | |
| | *Counsel for Defendants Michael Raab, David Mott, Robert Bazemore, William A. Bertrand, Jr., Muna Bhanji, Onaiza Cadoret-Manier, Richard Rodgers, Justin Renz, Jan Lundberg and Nominal Defendant Ardelyx, Inc.* |
| *Liaison Counsel for Plaintiff Ian Mofrad* | |
| Timothy J. MacFall | |
| RIGRODSKY LAW, P.A. | |
| 825 East Gate Boulevard, Suite 300 | |
| Garden City, NY 11530 | |
| Telephone: (516) 683-3516 | |
| Email: tjm@rl-legal.com | |
| *Co-Lead Counsel for Plaintiffs* | |
| Joshua H. Grabar | |
| GRABAR LAW OFFICE | |
| One Liberty Place | |
| 1650 Market Street, Suite 3600 | |
| Philadelphia, PA 19103 | |
| Telephone: (267) 507-6085 | |
| *Of Counsel for Plaintiff Ian Mofrad* | |

**SO ORDERED**:

Dated: _____ , 2024

_____
Honorable Leo T. Sorokin
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Shlomo Fellig*
Shlomo Fellig